# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM EVANS RUSSELL

VERSUS

DEBORAH SHARP RUSSELL

NO. 2026 CW 0627

**JULY 27, 2026**

---

In Re:    Deborah Sharp Russell, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 216548.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** Relator filed "combined" motions, which included a motion to recuse, on April 21, 2026. The Family Court is ordered to act on the motion to recuse on or before August 11, 2026, if it has not already done so.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT